

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00721-CV

**Bruce I. Schimmel**

v.

**Gary McGregor, Teri McGregor, Kris Hall, Soledad Pineda, Larry Bishop, Cynthia Bishop, George Clark, Deborah Clark, and Carol Severance**

NO. 2013-05146 IN THE 113TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 09/30/2014 | E-PAID | APE |
| MT FEE | $10.00 | 07/25/2014 | E-PAID | ANT |
| MT FEE | $15.00 | 07/24/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/16/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/22/2013 | E-PAID | APE |
| MT FEE | $10.00 | 11/04/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 11/04/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/25/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 10/23/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/23/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/14/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 10/10/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/10/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/23/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 09/23/2013 | E-PAID | ANT |
| CLK RECORD | $644.00 | 09/03/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/28/2013 | E-PAID | ANT |
| FILING | $175.00 | 08/28/2013 | E-PAID | ANT |

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $944.00.

*Court costs in this case have been taxed in this Court's judgment*

     I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 14, 2015.

CHRISTOPHER A. PRINE
CLERK OF THE COURT